ADAM R.F. GUSTAFSON
Principal Deputy Assistant Attorney General

Rachel D. Martinez (FL Bar No. 1049812)
United States Department of Justice
Environment & Natural Resources Division
P.O. Box 7611
Washington, D.C. 20044
Tel: (202) 616-5589
Fax: (202) 514-8865
Rachel.Martinez@usdoj.gov

*Attorney for Defendant*
*(Counsel for Plaintiffs listed on Signature Page)*

**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>LEE M. ZELDIN, in his official capacity as Administrator of the United States Environmental Protection Agency,<br><br>*Defendant*. | Case No. 3:23-cv-04979-RFL<br><br>**JOINT NOTICE TO COURT OF STIPULATION TO MODIFY CONSENT DECREE (DKT. NO. 37)** |

Plaintiffs Center for Biological Diversity, Sierra Club, and Center for Environmental Health, and Defendant Lee M. Zeldin, in his official capacity as Administrator of the United States Environmental Protection Agency ("EPA") (collectively, the "Parties"), file this stipulation notifying the Court that the parties have agreed to an extension of the deadlines for EPA to (1) issue a final Integrated Science Assessment, addressing human health effects of oxides of nitrogen pursuant to 42 U.S.C. §§ 7408 and 7409(d)(1), (2) sign a notice of proposed rulemaking setting forth its proposed decision pursuant to 42 U.S.C. § 7409(d)(1) concerning its review of the primary NAAQS for oxides of nitrogen and including such revisions to these

NAAQS and/or such new primary NAAQS for oxides of nitrogen as may be appropriate in accordance with 42 U.S.C. §§ 7408 and 7409(b), and (3) sign a notice of final rulemaking setting forth its final decision pursuant to 42 U.S.C. § 7409(d)(1) concerning its review of the primary NAAQS for oxides of nitrogen and including such revisions to these NAAQS and/or such new primary NAAQS for oxides of nitrogen as may be appropriate in accordance with 42 U.S.C. §§ 7408 and 7409(b).  The aforementioned deadlines are set forth in Paragraphs 1.a., 1.b., and 1.c. of the Consent Decree entered by the Court on October 28, 2024 (Dkt. No. 37).

WHEREAS, Paragraph 4 of the Consent Decree provides, *inter alia*, that "[t]he deadlines established by this Consent Decree may be extended (a) by written stipulation of Plaintiffs and EPA with notice to the Court . . . ." Consent Decree, ¶ 4;

WHEREAS, the Consent Decree provides that no later than September 30, 2026, the appropriate EPA official shall "issue a final Integrated Science Assessment, a document containing the air quality criteria, addressing human health effects of oxides of nitrogen pursuant to 42 U.S.C. §§ 7408 and 7409(d)(1) . . . " Consent Decree, ¶ 1.a.;

WHEREAS, the Consent Decree provides that no later than January 17, 2028, the appropriate EPA official shall "sign a notice of proposed rulemaking setting forth its proposed decision pursuant to 42 U.S.C. § 7409(d)(1) concerning its review of the primary NAAQS for oxides of nitrogen and including such revisions to these NAAQS and/or such new primary NAAQS for oxides of nitrogen as may be appropriate in accordance with 42 U.S.C. §§ 7408 and 7409(b) . . . " Consent Decree, ¶ 1.b.;

WHEREAS, the Consent Decree provides that no later than November 10, 2028, the appropriate EPA official shall "sign a notice of final rulemaking setting forth its final decision pursuant to 42 U.S.C. § 7409(d)(1) concerning its review of the primary NAAQS for oxides of nitrogen and including such revisions to these NAAQS and/or such new primary NAAQS for oxides of nitrogen as may be appropriate in accordance with 42 U.S.C. §§ 7408 and 7409(b) . . . " Consent Decree, ¶ 1.c.;

WHEREAS, EPA submits that there is good cause for the stipulated extension. EPA represents the following: (1) the Clean Air Act, 42 U.S.C. § 7409(d)(2), provides for the

establishment of an independent scientific review committee to advise the Administrator on the review, and revision as appropriate, of the air quality criteria and the national ambient air quality standards, and consistent with the Clean Air Act, 42 U.S.C. § 7607(d)(3), EPA carefully considers the advice of this committee, known as the Clean Air Scientific Advisory Committee ("CASAC"); (2) the EPA Administrator announced a newly appointed CASAC on March 9, 2026, which consists of a chair and six new members; (3) the first meeting of the new CASAC will occur on July 22, 2026, where EPA will provide introductory information necessary to equip the new CASAC to serve its review and advisory functions; (4) EPA then needs additional time to allow CASAC to review and provide its advice on a draft Integrated Science Assessment, and for the EPA to consider that advice and make revisions, as appropriate, before issuing a final Integrated Science Assessment; and (5) the extension of the deadline for EPA to issue the final Integrated Science Assessment will require additional time for EPA to sign proposed and final decisions based on its review of the primary NAAQS for oxides of nitrogen and including such revisions to these NAAQS and/or such new primary NAAQS for oxides of nitrogen as may be appropriate in accordance with 42 U.S.C. §§ 7408 and 7409(b);

WHEREAS, the parties have agreed to an extension of the actions in Paragraph 1.a. from September 30, 2026, to February 15, 2027;

WHEREAS, the parties have agreed to an extension of the actions in Paragraph 1.b. from January 17, 2028, to April 30, 2029;

WHEREAS, the parties have agreed to an extension of the actions in Paragraph 1.c. from November 10, 2028, to December 16, 2029;

WHEREAS, pursuant to Local Rule 5-1(i)(3), the undersigned counsel for Defendant attests that the other signatories listed below concur in the filing of this document.

NOW THEREFORE, Plaintiffs and EPA hereby stipulate as follows:

1. EPA's deadline to perform the actions described in Paragraph 1.a. of the Consent Decree (Dkt. No. 37, ¶ 1.a.) is extended to February 15, 2027.

2. EPA's deadline to perform the actions described in Paragraph 1.b. of the Consent Decree (Dkt. No. 37, ¶ 1.b.) is extended to April 30, 2029.

3.    EPA's deadline to perform the actions described in Paragraph 1.c. of the Consent Decree (Dkt. No. 37, ¶ 1.c.) is extended to December 16, 2029.

Dated:  July 30, 2026

Respectfully submitted,

*/s/ Rachel D. Martinez*
Rachel D. Martinez (FL Bar No. 1049812)
United States Department of Justice
Environment & Natural Resources Division
150 M Street N.E.
Washington, D.C. 20002
Tel: (202) 616-5589
rachel.martinez@usdoj.gov
*Counsel for Defendant*

*/s/ Ryan Maher (email auth. 7/15/26)*
Ryan Maher, *pro hac vice*
Jonathan Evans (CA Bar No. 247376)
Center for Biological Diversity
1212 Broadway, Suite 800
Oakland, CA 94612
Tel: (510) 844-7100 x318
jevans@biologicaldiversity.org
*Counsel for Plaintiffs*

\*    \*    \*

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED:

_____
RITA F. LIN
United States District Judge